IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DARRYL WILLIAMS**                                                                     **PLAINTIFF**
**#108385**

**v.**                     **Case No. 5:19-cv-00314-LPR-JTK**

**LAFYETTE WOODS, JR.,** *et al.*                                              **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly, it is ORDERED that Defendants Woods and Robinson are DISMISSED for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 22nd day of January 2019.


                                                                                          Lee P. Rudofsky
                                                                            UNITED STATES DISTRICT COURT