**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DARRYL WILLIAMS**                                                                     **PLAINTIFF**
**#108385**

v.                                       Case No. 5:19-cv-00314-LPR

**LAFYETTE WOODS, JR.,** *et al.*                                           **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. (Doc. 26). There have been no objections. After a careful review of the proposed findings and recommendations, as well as of the record, the Court adopts the proposed findings and recommendations in their entirety.

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice for failure to prosecute. (Doc. 2). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 15th day of April 2020.

_____
UNITED STATES DISTRICT JUDGE