IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DARRYL WILLIAMS**                                                                      **PLAINTIFF**
**#108385**

v.                                        Case No. 5:19-cv-00314-LPR

**LAFYETTE WOODS, JR.,** *et al.*                                    **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on April 15, 2020, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice for failure to prosecute. The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 15th day of April 2020.

_____
UNITED STATES DISTRICT JUDGE